**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| SHAUNTA GUYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-1159-HE |
| | ) | |
| BROOKDALE SENIOR LIVING | ) | |
| COMMUNITIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On June 5, 2026, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation [Doc. #6], recommending the court deny plaintiff's amended application to proceed in district court without prepaying fees or costs [Doc. #5], and that if plaintiff does not pay the $405.00 filing fee in full to the clerk of the court within 21 days of any order adopting the Report and Recommendation, the court dismiss this action without prejudice to re-filing pursuant to Local Civil Rule 3.3(e). He also recommended the court deny plaintiff's original application to proceed in district court without prepaying fees or costs [Doc. #2] as moot.

Plaintiff was advised of her right to object to the Report and Recommendation by June 26, 2026 as well as the consequences for failure to timely object. To date, plaintiff has neither objected to the Report and Recommendation nor sought an extension of time to file an objection. With no timely objection filed, the court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation [Doc. #6] is **ADOPTED**. Plaintiff's amended application to proceed in district court without prepaying fees or costs [Doc. #5] is **DENIED**, and plaintiff's original application to proceed in district court without prepaying fees or costs [Doc. #2] is **DENIED as MOOT**.

Plaintiff shall pay the $405.00 filing fee in full to the clerk of the court **within 21 days** from the date of this order. Failure to do so will result in the dismissal of this action without prejudice to refiling pursuant to Local Civil Rule 3.3(e).

**IT IS SO ORDERED**.

Dated this 29th day of June, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

2